# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-815V
Filed: June 22, 2018
UNPUBLISHED

| | |
|---|---|
| SHIRLEY GARRETT,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Table Injury; Influenza (Flu) Vaccine;<br>Shoulder Injury Related to Vaccine<br>Administration (SIRVA) |

*Ann Mayhew Golski*, Maglio Christopher and Toale, PA, Washington, DC, for petitioner.
*Sherry Denise Soanes*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On June 16, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a right shoulder injury that was caused-in-fact by an influenza ("flu") vaccination she received on October 12, 2015. Petition at 1-2; *see also* Pet's Ex. 1 & 10 (vaccination records). The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 15, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for Shoulder Injury Related to Vaccine Administration ("SIRVA"). On June 20, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $60,115.63, representing $60,000 for pain and suffering and $115.63 for past unreimbursable medical expenses. Proffer at 1. In the

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Proffer, respondent represented that petitioner agrees with the proffered award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $60,115.63, representing $60,000 for pain and suffering and $115.63 for past unreimbursable medical expenses in the form of a check payable to petitioner, Shirley Garrett.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>  
Nora Beth Dorsey  
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

2

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| SHIRLEY GARRETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 17-00815V |
| v. ) | Chief Special Master Dorsey |
| ) | ECF |
| SECRETARY OF HEALTH AND ) | SPU |
| HUMAN SERVICES, ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S PROFFER OF DAMAGES

### I. Items of Compensation

For purposes of this proffer, the term "vaccine-related" is as described in Respondent's Rule 4(c) Report, filed on May 15, 2018, conceding entitlement in this case. Based upon the evidence of record, Respondent proffers that Petitioner should be awarded $60,115.63, which comprises of $60,000.00 for pain and suffering, plus $115.63 for past unreimbursable medical expenses.[1] The total sum of $60,115.63 represents all elements of compensation to which Petitioner would be entitled under 42 U.S.C. § 300aa-15(a) for her vaccine-related injury. Petitioner agrees.

### II. Form of the Award

Respondent recommends that the compensation should be made through a lump sum payment of $60,115.63 in the form of a check payable to petitioner Shirley Garrett. Petitioner agrees.

---

[1] Should Petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, Respondent would oppose any award for future pain and suffering.

2

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        C. SALVATORE D'ALESSIO
        Acting Director
        Torts Branch, Civil Division

        CATHARINE E. REEVES
        Deputy Director
        Torts Branch, Civil Division

        HEATHER L. PEARLMAN
        Assistant Director
        Torts Branch, Civil Division

        s/ *Sherry D. Soanes*
        SHERRY D. SOANES
        Trial Attorney
        United States Department of Justice
        Civil Division, Torts Branch
        P.O. Box 146
        Benjamin Franklin Station
        Washington, D.C. 20044-0146
        Telephone: (202) 616-4208
        Facsimile: (202) 353-2988
        Electronic Mail: sherry.soanes@usdoj.gov

DATED:  June 20, 2018